**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SHAWN WILEY,**

     Petitioner,

  v.

**EDWARD BANKS, WARDEN,**

     Respondent.

**CASE NO. 2:13-CV-99**
**JUDGE ALGENON L. MARBLEY**
**MAGISTRATE JUDGE KEMP**

## OPINION AND ORDER

On April 17, 2013, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases denying Petitioner's *Motion for a Stay* and request for counsel (Doc. Nos. 4, 5), and recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  The parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so.  Additionally, the Court granted Petitioner's request for an extension of time to file his objections.  Doc. No. 9  No objections, however, have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  Petitioner's *Motion for a Stay,* Doc. No. 4, and request for counsel, Doc. No. 5, are **DENIED**.  This action is hereby **DISMISSED.**

     IT IS SO ORDERED.

                                                               s/Algenon L. Marbley
                                                         ALGENON L. MARBLEY
                                                         United States District Judge